MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mark W. Dobronski, an individual

Plaintiff(s),

Case No. 19-cv-13094

v.

Judge Marianne O. Battani

SUNPATH LTD, a Delaware corporation,
ANDREW M. GARCIA, and individual,
and JOSEPH A. ABRAHAM, an individual

Magistrate Judge

Defendant(s).

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __SUNPATH LTD_____
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐     No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: __October 22, 2019_____     Signature: *[signature]*
                                       P64941
                                       Bar No.
                                       101 North Main Street, Seventh Floor
                                       Street Address
                                       Ann Arbor, MI 48104
                                       City, State, Zip Code
                                       (734) 668-7784
                                       Telephone Number
                                       palacios@millercanfield.com
                                       Primary Email Address