IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONKSI,

        Plaintiff,

-vs-

SUNPATH LTD., ET AL.

        Defendant.
_____/

Case No. 19-cv-13094

Hon. Marianne O. Battani

Magistrate Judge Elizabeth A. Stafford

Civil Action

## INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS

1.     Declaration of Andrew Garcia

2.     Declaration of Joseph Abraham

3.     LexisNexis Cases (in Citation Order)