**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARK W. DOBRONSKI,

  Plaintiff,

v.

SUNPATH LTD., ET AL.,

  Defendants.

_____

Case No. 2:19-cv-13094-TGB-EAS

Hon. Terence G. Berg
Magistrate Judge Elizabeth A. Stafford

## JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Mark W. Dobronski ("Plaintiff"), *pro se*, and Defendants SunPath Ltd., Andrew M. Garcia, and Joseph A. Abraham ("Defendants"), by and through undersigned counsel, hereby notify the Court that a Settlement Agreement has been executed in this action on June 10, 2021. To that end, the undersigned parties hereby stipulate that this case be dismissed **with Prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his/its own fees, costs, and disbursements.

[Signatures on next page.]

1

Dated: June 11, 2021

/s/ Mark W. Dobronksi  
Mark W. Dobronski  
P.O. Box 85547  
Westland, MI 48185-0547  
(734) 601-2300  
*Plaintiff Pro Se*

/s/ *Emily C. Palacios*  
Emily C. Palacios (P64941)  
MILLER, CANFIELD, PADDOCK AND STONE, PLC  
101 North Main Street, 7th Floor  
Ann Arbor, MI 48104  
(734) 668-7784  
(734) 747-7147  
palacios@millercanfield.com

and

Genevieve C. Bradley (*pro hac vice*)  
ROTH JACKSON GIBBONS CONDLIN, PLC  
8200 Greensboro Drive, Suite 820  
McLean, Virginia 22102  
(703) 485-3536  
(703) 485-3525  
gbradley@rothjackson.com  
*Counsel for Defendants SunPath Ltd., Andrew M. Garcia, and Joseph A. Abraham*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2021, a copy of the foregoing document was filed electronically with the court's CM/ECF filing system, which will provide notice to the parties, and a copy served to Plaintiff via: P.O. Box 85547, Westland, Michigan 48185-0547 and by email to markdobronski@yahoo.com.

s/ Emily C. Palacios